IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENEVIEVE TAMBRONI, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLNOW URGENT CARE, P.C., ADMI CORP d/b/a TAG – THE ASPEN GROUP, and PHYSICIANS IMMEDIATE CARE LLC,<br><br>Defendants. | Case No. 1:24-cv-01595<br><br>(Applies to All Actions) |

## PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Representative Plaintiffs Genevieve Tambroni, John Lattimore (as parent for minor children S.L. and V.L), Ella Williams, James Beach, Caitlin McDaniel and Claudine King pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss all claims against Defendants WellNow Urgent Care, P.C., ADMI Corp. d/b/a TAG - The Aspen Group, Physicians Immediate Care LLC and Aspen Dental Management, Inc. without prejudice.

Dated: January 10, 2025                    Respectfully Submitted,

                                           */s/David S. Almeida*
                                           David S. Almeida
                                           Britany A. Kabakov
                                           **ALMEIDA LAW GROUP LLC**
                                           849 W. Webster Avenue
                                           Chicago, Illinois 60614
                                           Telephone: (312) 576-3024
                                           david@almeidalawgroup.com
                                           britany@almeidalawgroup.com

                                           Laura Van Note, Esq. (CA S.B. #310160)
                                           **COLE & VAN NOTE**
                                           555 12th Street, Suite 2100
                                           Oakland, California 94607

1

Telephone: (510) 891-9800
lvn@colevannote.com

Brandon M. Wise, Esq. (IL S.B. Bar # 6319580)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Telephone: 314-833-4825
bwise@peifferwolf.com

Daniel Srourian, Esq. (SBN 285678) *
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: 213.474.3800
daniel@slfla.com

Kevin Laukaitis, Esq.**
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

*ature *Pro hac vice*
** *Pro hac vice* anticipated

*Attorneys for Representative Plaintiffs & the Class*

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2025, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

                                        /s/ *David S. Almeida*
                                        David S. Almeida