# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Genevieve Tambroni, et al.

                                          Plaintiff,

v.                                                               Case No.: 1:24–cv–01595
                                                                      Honorable Sunil R. Harjani

WellNow Urgent Care, P.C., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [54], this case is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). All pending dates, deadlines and motions are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.